# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MARIE SHABAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-00111-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE<br><br>(ECF Nos. 12, 13, 14) |

　　　　Plaintiff Teresa Marie Shaban ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. On September 24, 2019, the Court issued an order requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute due to Plaintiff's failure to file an opening brief by the deadline. (ECF No. 12.) On September 24, 2019, Plaintiff filed a response to the order to show cause. (ECF No. 13.) Plaintiff's counsel states that the deteriorating health and passing away of a family member caused the delay to Plaintiff's filing and apologizes to the Court for not requesting an earlier extension. (ECF No. 13 at 1-2.) Plaintiff's counsel also indicates that a stipulation for an extension was agreed upon, and such stipulation was concurrently filed. (ECF Nos. 13, 14.) The Court finds good cause to discharge the order to show cause, and to extend the briefing deadline in this matter based on the stipulation of the parties.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed September 24, 2019 (ECF No. 12), is DISCHARGED;
2. Plaintiff's opening brief shall be filed on or before October 16, 2019;
3. Defendant's opposition brief shall be filed on or before November 15, 2019; and
4. Plaintiff's reply, if any, shall be filed on or before December 2, 2019.

IT IS SO ORDERED.

Dated: **September 24, 2019**

UNITED STATES MAGISTRATE JUDGE