UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| TERESA MARIE SHABAN, | ) | Civil No. 1:19-cv-00111-SAB |
| | ) | |
| Plaintiff, | ) | ORDER RE STIPULATION FOR A FIRST |
| | ) | EXTENSION OF TIME FOR DEFENDANT |
| v. | ) | TO FILE HER RESPONSIVE BRIEF |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | (ECF No. 17) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before December 16, 2019; and

2. Plaintiff's reply, if any, shall be filed on or before December 31, 2019.

IT IS SO ORDERED.

Dated: **November 15, 2019**

UNITED STATES MAGISTRATE JUDGE

1